UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                        Case No. 09-30956-WRS
                                             Chapter 7
KENNETH L. ROBERTS,

   Debtor

## ORDER DENYING MOTIONS

For the reasons set forth on the record on May 12, 2009, on the debtor's motion to extend time to file schedules (Doc. 5), and the application to proceed *in forma pauperis* (Doc. 13), it is

ORDERED that the motion and application are DENIED.

Done this 18th day of May, 2009.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Debtor
   Susan S. DePaola, Trustee
   Teresa R. Jacobs, BA